# United States Bankruptcy Court

Eastern District of North Carolina Greenville Division

IN RE

CHEYENNE D HOLMES
7646 SPRINGHILL CHURCH RD.

LUCAMA, NC 27851
SSN or Tax I.D. XXX-XX-3021
------------------------------
BRITTANY A HOLMES
7646 SPRINGHILL CHURCH RD.

LUCAMA, NC 27851
SSN or Tax I.D. XXX-XX-2366
Other Names Used:

1701471
JOHN G. RHYNE
ATTORNEY AT LAW
PO BOX 8327
WILSON, NC 27893

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

CLAIM NO: -Court-A U.S.

NOTICE TO CREDITORS AND PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: March 28, 2018
TIME: 10:00 AM
PLACE: U.S. BANKRUPTCY COURT
2ND FLOOR COURTROOM
150 READE CIRCLE
GREENVILLE, NC 27858

to consider and act on the following matters the Trustee's Motion to Dismiss and to transact all other business as may properly come before the court.

*** All parties to this matter are directed to meet with the duty trustee 30 minutes prior to the hearing set in this notice. ***

DATED: February 15, 2018

Stephanie J. Butler
Clerk of Court

# CERTIFICATE OF MAILING

CASE: 1701471 TRUSTEE: 2V COURT: 278 

TASK: 02-14-2018.01090574.BLB002 DATED: 02/15/2018

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | CHEYENNE D HOLMES | 7646 SPRINGHILL CHURCH RD.<br>LUCAMA, NC 27851 |
| Joint | | BRITTANY A HOLMES | 7646 SPRINGHILL CHURCH RD.<br>LUCAMA, NC 27851 |
| 799 | 000002 | JOHN G. RHYNE<br>PO BOX 8327 | ATTORNEY AT LAW<br>WILSON, NC 27893 |

5 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 02/15/2018.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 02/15/2018 BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail